```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
_____
                              :
CHRISTOPHER JUSTIN EADS,      :
                              :
          Plaintiff,          :   Civ. No. 19-18394 (NLH)(JS)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
FEDERAL BUREAU OF PRISONS     :
et al.,                       :
                              :
          Defendants.         :
_____:
```

APPEARANCE:

Christopher Justin Eads, 10391-028
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

    Plaintiff Pro se

Craig Carpenito, United States Attorney
Jane Dattilo, Assistant United States Attorney
United States Attorney's Office
970 Broad Street
7th Floor
Newark, NJ 07102

    Attorneys for Defendants

HILLMAN, District Judge

    WHEREAS, Plaintiff Christopher Justin Eads, a federal prisoner presently incarcerated in FCI Fairton, New Jersey, filed an amended complaint under the Administrative Procedure Act, 5 U.S.C. § 701 et seq., <u>Bivens v. Six Unknown Named Agents</u>

of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, see ECF No. 11; and

WHEREAS, the Court permitted the complaint to proceed in part, see ECF No. 12; and

WHEREAS, Plaintiff moved to stay the complaint "indefinitely and until further notice" based on the "lockdown" at FCI Fairton that was imposed due the COVID-19 pandemic, ECF No. 21; and

WHEREAS, Plaintiff later filed a motion to withdraw his request to stay as "the COVID-19 emergency and the conditions of his confinement are no longer of issue," ECF No. 34 at 1,

THEREFORE, IT IS on this   23rd    day of October, 2020

ORDERED that Plaintiff's motion to withdraw his request for a stay, ECF No. 34, is granted.  The motion to stay, ECF No. 21, is deemed withdrawn and shall be terminated on the docket; and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.