```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                  :
CHRISTOPHER JUSTIN EADS,          :
                                  :
          Plaintiff,              :   Civ. No. 19-18394 (NLH)(JS)
                                  :
     v.                           :   **MEMORANDUM ORDER TO SEAL**
                                  :
                                  :
FEDERAL BUREAU OF PRISONS         :
et al.,                           :
                                  :
          Defendants.             :
_____:

APPEARANCE:

Christopher Justin Eads, 10391-028
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

     Plaintiff Pro se

Craig Carpenito, United States Attorney
Jane Dattilo, Assistant United States Attorney
United States Attorney's Office
970 Broad Street
7th Floor
Newark, NJ 07102

     Attorneys for Defendants

HILLMAN, District Judge

     WHEREAS, Defendants having filed a motion to seal

Plaintiff's medical records filed in connection to the Court's

November 3, 2020 Order to Show Cause, ECF No. 41; and

     WHEREAS, "[i]t is well-settled that there exists, in both

criminal and civil cases, a common law public right of access to

judicial proceedings and records.  The public's right of access extends beyond simply the ability to attend open court proceedings.  Rather, it envisions a pervasive common law right to inspect and copy public records and documents, including judicial records and documents." In re Cendant Corp., 260 F.3d 183, 192 (3d Cir. 2001) (internal citations and quotation marks omitted); and

 WHEREAS, the Court makes the following findings of fact and conclusions of law, pursuant to Local Civil Rule 5.3(c); and

 WHEREAS, the Court finds that the Order to Show Cause, ECF No. 38, raises issues implicating Plaintiff's health; and

 WHEREAS, the Court finds that it is necessary for Defendants to provide available medical records to respond to the Order to Show Cause; and

 WHEREAS, the Court finds that the medical records at issue, ECF No. 40, contain confidential and private information concerning Plaintiff's health; and

 WHEREAS, the Court finds that disclosure of those records to the public in full, via publication on the Court's docket, is unnecessary and would amount to the disclosure of confidential and private information and could injure Plaintiff's interest in keeping such information confidential and private; and

 WHEREAS, the Court finds that, because the entire contents of documents at issue are relevant to the Order to Show Cause, a

2

less restrictive alternative to sealing the full records is not available; and

 WHEREAS, the Court finds that referencing certain facts contained in those record is nonetheless necessary to balance the right of the public to access public records and documents, including judicial records and documents; and

 WHEREAS, the Court finds that good cause exists to seal the full documents at issue under the considerations set forth in Pansy v. Borough of Stroudsburg, 23 F.3d 772, 787 (3d Cir. 1994), and Local Civil Rule 5.3(c).  The Court therefore permits the requested documents to be maintained under seal except to the extent the Court references certain contents of those records in explaining its decision on the merits,

 THEREFORE, IT IS on this __25th__ day of November, 2020

 ORDERED that the request to seal Defendants' exhibits, ECF No. 41, be, and the same hereby is, granted; and it is further

 ORDERED that the exhibits docketed at ECF No. 40 shall be sealed, Local Civil Rule 5.3(c); and it is finally

 ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.


At Camden, New Jersey       s/ Noel L. Hillman
              NOEL L. HILLMAN, U.S.D.J.