```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

_____ :
                                 :
CHRISTOPHER JUSTIN EADS,         :
                                 :
         Plaintiff,              :   Civ. No. 19-18394 (NLH)(AMD)
                                 :
     v.                          :   ORDER APPOINTING COUNSEL
                                 :        28 U.S.C. § 1915
                                 :
UNITED STATES OF AMERICA, et     :
al.,                             :
                                 :
         Defendants.             :
_____ :

    For the reasons expressed in the accompanying Opinion,

    IT IS on this  30th   day of December , 2021,

    ORDERED that Plaintiff's motion to apply the affidavit of merit exceptions, ECF No. 71, shall be, and hereby is, denied without prejudice to Plaintiff's ability to raise this argument in response to a motion by Defendants; and it is further

    ORDERED that Plaintiff's motion for sanctions, ECF No. 77, shall be, and hereby is denied; and it is further

    ORDERED that the Court appoints pro bono counsel for the limited purpose of procuring an affidavit of merit, if necessary, and responding to any motion filed by Defendants based on the affidavit of merit statute, 28 U.S.C. § 1915(e)(1); and it is further

    ORDERED that the Clerk shall select an attorney from the civil pro bono panel.  The selected appointed attorney shall

enter a notice of appearance within fourteen (14) days of the date of his or her appointment; and it is further

ORDERED that an affidavit of merit, if required, shall be filed no later than 120 days from counsel's appearance; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Opinion and Order upon Plaintiff by regular U.S. mail.

s/Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.